IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES QUINN, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLIED INTERSTATE, INC. | : | NO. 09-1622 |

## **ORDER**

AND NOW, this 10th day of March, 2010, it having been reported to the court that the issues between plaintiff and defendant in this action have been settled, and upon Order of the court, pursuant to the provisions of 41.1(b) of the Local Rules of Civil Procedure of this court, it is **ORDERED** that:

1. This case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **AS TO THE NAMED DEFENDANT TO THIS ACTION**.

2. The Clerk is directed to mark this case **CLOSED**.

ATTEST: or BY THE COURT:

/s/ Madeline F. Ward     /s/ Norma L. Shapiro
Madeline F. Ward, Deputy Clerk     J.